# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| MEADOWS FINANCIAL SYSTEMS, LLC, | § § § | |
| Plaintiff, | § | C.A. No. 6:12cv00825 |
| v. | § § | |
| HUNGRY HOWIE'S PIZZA & SUBS, INC., | § § § | |
| Defendant | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Meadows Financial Systems, LLC. ("Meadows") and Hungry Howie's Pizza & Subs, Inc. ("Hungry Howie's"), respectfully move the Court to dismiss the claims asserted against Hungry Howie's and in support thereof would show the Court as follows:

All matters in controversy between Meadows and Hungry Howie's related to this action have been resolved, and the parties therefore move to dismiss all claims that were brought or that could have been brought by Meadows in this case arising out of the transactions and occurrences that were the subject of this case, with prejudice to the right to pursue any such claims in the future. Meadows and Hungry Howie's further move that each party shall bear its own attorneys' fees and costs.

WHEREFORE, PREMISES CONSIDERED, Meadows and Hungry Howie's request that the claims asserted against Hungry Howie's be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

DATED: March 1, 2013.

        Respectfully submitted,

        **SPANGLER & FUSSELL P.C.**

        By: */s/ Andrew W. Spangler*
        Andrew W. Spangler, Esq.
           Texas State Bar No. 24041960
           email address: spangler@sfipfirm.com
        SPANGLER & FUSSELL P.C.
        208 North Green Street, Suite 300
        Longview, TX 75601
        Phone: (903) 753-9300
        Fax: (903) 553-0403

        James A. Fussell, III, Esq.
           AR State Bar No. 2003193
           email address: fussell@sfipfirm.com
        SPANGLER & FUSSELL P.C.
        211 N. Union Street, Suite 100
        Alexandria, VA 22314
        Phone: (903) 753-9300
        Fax: (903) 553-0403

        **ATTORNEYS FOR PLAINTIFF MEADOWS FINANCIAL SYSTEMS, LLC**

**FULBRIGHT & JAWORSKI L.L.P.**

By  */s/ Charles S. Baker*
Charles S. Baker
   Texas Bar No. 01566200
   csbaker@fulbright.com
   Richard S. Zembek
   Texas Bar No. 00797726
   rzembek@fulbright.com
   Marc L. Delflache
   Texas Bar No. 05725650
   mdelflache@fulbright.com
   Brett A. McKean
   Texas Bar No. 24057994
   bmckean@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel:  (713) 651-5151
Fax:  (713) 651-5246

**ATTORNEYS FOR DEFENDANT HUNGRY HOWIE'S PIZZA & SUBS, INC.**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel and Defendant's counsel conferred on March 1, 2013, regarding the requested relief. Both parties agree that the requested relief is appropriate.

/s/ *Brett A. McKean*
Brett A. McKean

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3) on March 1, 2013.

/s/ *Brett A. McKean*
Brett A. McKean